Wladislaw Dragwa, Respondent, v. Tidewater Paper Mills Company, Appellant.— Order modified by striking therefrom the provision thereof permitting the service of an amended complaint, and in place thereof substituting the following: Ordered further that, upon plaintiff complying with the aforesaid condition, the direction dismissing the complaint be and the same hereby is set aside, with leave to the plaintiff to move at Special Term for permission to make and serve an amended complaint as he may be advised; order as so modified affirmed, without costs to either party. No opinion. Jenks, P. J., Carr, Stapleton and Mills, JJ., concurred; Thomas, J., dissented.

Francis Fideler, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Minnie Grossman, an Infant, by Emanuel Grossman, Her Guardian ad Litem, Appellant, v. Jacob Fisher and Others, Respondents.— Judgment modified by striking therefrom the allowance of costs separately to the defendants Fisher, Rifkin, Eisler and Block, and by allowing to all of those defendants collectively one bill of costs of eighty-four dollars and forty-three cents; and as so modified judgment unanimously affirmed, without costs to either party, upon the ground that the said four defendants, having united in their answer and having been represented by a single attorney and counsel, should be allowed but a single bill of costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Catharine Augusta Harrison, Respondent, v. Elizabeth Higgins and Others, Defendants. Philip Stark, Purchaser, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Wallace Hunt and Florence Hunt, Respondents, v. Henry G. K. Heath, Appellant, Impleaded with Others.— The evidence offered on the motion for a new trial seems to us "newly discovered" within the authorities. If received on the trial of this action it would have been sufficient to require a submission of the issues to the jury. But on the trial the verdict was directed — that is, the jury passed upon no issuable questions. There could have been no direction of a verdict with this evidence in the case. Therefore, its presence would have changed the result; that is, a directed verdict. Order reversed, and motion granted, on condition that within twenty days defendant pay all costs and disbursements taxed in the action up to the time of his motion for a new trial. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

In the Matter of the Petition of Emma C. Carpenter and John Allen, Taxpayers, Respondents, to Require George E. Green, as State Commissioner of Excise, Respondent, and John Dannecker, Appellant, to Show Cause Why Liquor Tax Certificate No. 18,097 Should Not Be Revoked, etc.